**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 99-6946**

―――――――

HAYWOOD L. PEELE,

Plaintiff - Appellant,

versus

MACK JARVIS; DANIEL L. STIENEKE; RANDALL LEE,

Defendants - Appellees.

―――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-98-108-5-F)

―――――――

Submitted: September 30, 1999          Decided: November 3, 1999

―――――――

Before WILKINS and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Haywood L. Peele, Appellant Pro Se. William McBlief, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Haywood L. Peele seeks to appeal the district court's judgment denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's order accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm the appeal on the reasoning of the district court. <u>See</u> <u>Peele v. Jarvis</u>, No. CA-98-108-5-F (E.D.N.C. June 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>